McFaddin Rice Milling Co. v. Sucs. de Gilet and Arco.

# McFADDIN RICE MILLING COMPANY, INC.,

*v.*

# SUCS. DE GILET AND ARCO.

San Juan, Law, No. 1419.

TRANSLATION OF "EMBARQUE."

Complaint—"Embarque."

"Embarque" properly means putting on board, whether the vehicle be by sail or steam, and a complaint calling for "shipment by steamer" does not conform to a contract containing that word.

Opinion filed April 11, 1921.

*Mr. O. B. Frazer* for plaintiff.

*Mr. José A. Poventud* for defendant.

HAMILTON, Judge, delivered the following opinion:

In addition to the points decided on demurrer in No. 1408, Law, McFaddin Rice Milling Co. v. Armstrong, ante, 203, this case raises the question whether "embarque" is, in the second clause of the counterclaim, properly translated as "ship . . . by steamer." Velasquez Spanish Dictionary defines "embarque" as putting goods on shipboard. Shipboard may or may not be on board a steamer. Whether the method of shipment by sail or steamer cuts any figure in the case the court has no means of deciding. All that is now before the court is

McFaddin Rice Milling Co. v. Sucs. de Gilet and Arco.

that the contract for the rice uses the word "embarque," while the complaint based upon this uses the expression "shipment by steamer." The complaint in this respect does not seem to conform to the contract on which it is based. Whether a motion to strike would not be preferable to a demurrer need not be decided. The complaint is inconsistent in this translation, and so the demurrer will be sustained.

It is so ordered.